HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | | |
|---|---|---|
| BELINDA J. SALTER, | ) | Case No:  3:14-cv-04134 JST |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (28) days up through and including Thursday, February 12, 2015 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before March 12, 2015. This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

| | |
|---|---|
| | MELINDA L. HAAG<br>United States Attorney |
| Dated: January 13, 2015 | /s/Jennifer Kenney<br>JENNIFER KENNEY<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| Dated: January 13, 2015 | /s/Harvey P. Sackett<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>BELINDA J. SALTER |

IT IS SO ORDERED.

Dated:   January 13, 2015

IT IS SO ORDERED

Judge Jon S. Tigar

2