HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| BELINDA J. SALTER, ) | Case No:  3:14-cv-04134 JST |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a second extension of time of (7) days up through and including Friday, February 20, 2015 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before March 20, 2015. This extension is

necessitated by the number of cases (3) the firm presently has pending before this and other district courts that require briefing.

Dated:  February 11, 2015                    /s/Harvey P. Sackett
                                             HARVEY P. SACKETT
                                             Attorney for Plaintiff
                                             BELINDA J. SALTER



                                             MELINDA L. HAAG
                                             United States Attorney


Dated: February 11, 2015                     /s/Jennifer Kenney
                                             JENNIFER KENNEY
                                             Special Assistant U.S. Attorney
                                             Social Security Administration


IT IS SO ORDERED.


Dated: February 12, 2015

IT IS SO ORDERED

Judge Jon S. Tigar