HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| BELINDA J. SALTER, ) | Case No:  3:14-cv-04134 JST |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have an extension of time of (7) days up through and including Friday, April 10, 2015 in which to e-file her Reply to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of cases (4) the firm presently has pending before this and other district courts that require briefing.

| | |
|---|---|
| Dated: April 3, 2015 | /s/Harvey P. Sackett |
| | HARVEY P. SACKETT |
| | Attorney for Plaintiff |
| | BELINDA J. SALTER |

 

MELINDA L. HAAG
United States Attorney

Dated: April 3, 2015              /s/Jennifer Kenney
                                  JENNIFER KENNEY
                                  Special Assistant U.S. Attorney
                                  Social Security Administration

IT IS SO ORDERED.

Dated: April 6, 2015

IT IS SO ORDERED

Judge Jon S. Tigar

2